JOHN HANSEN, PETITIONER-PETITIONER, v. PERTH AMBOY DRY DOCK CO., RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Balk and Jacobs* and *Mr. Jack Mandell,* for the petitioner.

*Mr. Isidor Kalisch,* for the respondent.

May 17, 1966. Granted.

BOULEVARD APARTMENTS, INC., *ET ALS.,* PLAINTIFFS-RESPONDENTS, v. BOROUGH OF HASBROUCK HEIGHTS, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Chandless, Weller & Kramer,* for the petitioner.

*Messrs. Krieger & Klein,* for the respondent.

May 17, 1966. Denied.

ALEXANDER MULLER, PLAINTIFF-PETITIONER, v. ASSOCIATED BUS CO., *ET ALS.,* DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Marcus & Levy* and *Mr. Harry C. Chashin,* for the petitioner.

*Messrs. Rooney, Peduto & Sheehy,* for the respondents.

May 17, 1966. Denied.